## (October 20, 1980)

■ JEFFREY A. ROGIN, Appellant, v SARAH ROGIN, Respondent.—Motion by appellant to stay the enforcement of the order of the Supreme Court, Warren County, dated August 1, 1980 and entered in Nassau County on August 14, 1980, pending determination of the appeal from said order. On the court's own motion, the appeal and the motion are transferred to the Appellate Division of the Supreme Court, Third Judicial Department, which has jurisdiction of said appeal. *Ruzzo v Kingston Trust Co.* (9 AD2d 692) is no longer the law (CPLR 511, subd [d]). Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.

■ ALFRED E. BRAUN et al., Appellants, v HUDSON PARK CO-OPERATIVE APTS., INC., Respondent.—In an action, *inter alia,* to declare that plaintiffs have the sole right to sell their apartment and the shares of stock connected therewith, plaintiffs appeal from an order of the Supreme Court, Westchester County, entered May 21, 1980, which denied their motion for summary judgment on their first cause of action. Order modified, on the law, by adding thereto, immediately after the word "denied", the following: "except that the motion is granted as to items numbered '1', '2', and '3' of plaintiffs' demand under the first cause of action, plaintiffs have the right to sell their apartment and the shares of stock connected therewith, the Board of Directors of the Hudson Park Co-operative Apts., Inc., must recognize said right and perform its obligations accordingly, and the board is enjoined from doing anything which would thwart plaintiffs' attempts to sell their apartment." As so modified, order affirmed, with $50 costs and disbursements to plaintiffs. Plaintiffs presented the court with sufficient facts to establish their right to the relief herein granted. In view of defendant's failure to raise genuine issues of fact, summary judgment should have been granted. Hopkins, J. P., Titone, Margett and Weinstein, JJ., concur.